Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−34921−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  DENNI COTERA
  6 Park Rd
  Paterson, NJ 07514−1321

Social Security No.:
  xxx−xx−8243

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/16/18 at 11:00 AM

to consider and act upon the following:

*35* − Application for Early Termination of Loss Mitigation Period. Filed by Brian C. Nicholas on behalf of BANK OF AMERICA, N.A.. Objection deadline is 7/16/2018. (Attachments: # 1 Exhibit A (Loss Mitigation Denial Letter) # 2 Exhibit B (DMM Portal Message History) # 3 Proposed Order # 4 Certificate of Service) (Nicholas, Brian)

*36* − Objection to (related document:35 Application for Early Termination of Loss Mitigation Period. Filed by Brian C. Nicholas on behalf of BANK OF AMERICA, N.A.. Objection deadline is 7/16/2018. (Attachments: # 1 Exhibit A (Loss Mitigation Denial Letter) # 2 Exhibit B (DMM Portal Message History) # 3 Proposed Order # 4 Certificate of Service) filed by Creditor BANK OF AMERICA, N.A.) filed by Russell L. Low on behalf of DENNI COTERA. (Low, Russell) Modified on 7/17/2018 (dmc).

Dated: 7/17/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court