Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−34921−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  DENNI COTERA
  6 Park Rd
  Paterson, NJ 07514−1321

Social Security No.:
  xxx−xx−8243

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/16/18 at 11:00 AM

to consider and act upon the following:

*35* − Application for Early Termination of Loss Mitigation Period. Filed by Brian C. Nicholas on behalf of BANK OF AMERICA, N.A.. Objection deadline is 7/16/2018. (Attachments: # 1 Exhibit A (Loss Mitigation Denial Letter) # 2 Exhibit B (DMM Portal Message History) # 3 Proposed Order # 4 Certificate of Service) (Nicholas, Brian)

*36* − Objection to (related document:35 Application for Early Termination of Loss Mitigation Period. Filed by Brian C. Nicholas on behalf of BANK OF AMERICA, N.A.. Objection deadline is 7/16/2018. (Attachments: # 1 Exhibit A (Loss Mitigation Denial Letter) # 2 Exhibit B (DMM Portal Message History) # 3 Proposed Order # 4 Certificate of Service) filed by Creditor BANK OF AMERICA, N.A.) filed by Russell L. Low on behalf of DENNI COTERA. (Low, Russell) Modified on 7/17/2018 (dmc).

Dated: 7/17/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
DENNI COTERA  
    Debtor

Case No. 17-34921-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jul 17, 2018  
                    Form ID: ntchrgbk     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2018.  
db          DENNI COTERA,    6 Park Rd,    Paterson, NJ    07514-1321  
cr          +Seterus, Inc., authorized subservicer for Federal,    P.O. Box 1047,    Hartford, CT 06143-1047

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2018                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2018 at the address(es) listed below:  
       Brian C. Nicholas    on behalf of Creditor    BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Marie-Ann Greenberg    magecf@magtrustee.com  
       Rebecca Ann Solarz    on behalf of Creditor    BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com  
       Robert P. Saltzman    on behalf of Creditor    Seterus, Inc., authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America dnj@pbslaw.org  
       Russell L. Low    on behalf of Debtor DENNI COTERA rbear611@aol.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                   TOTAL: 7