Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                         Case No.: 17–34921–VFP
                         Chapter: 13
                         Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    DENNI COTERA
    6 Park Rd
    Paterson, NJ 07514–1321

Social Security No.:
    xxx–xx–8243

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on February 20, 2018.

    On 9/6/2018 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:                October 4, 2018
Time:              10:00 AM
Location:        Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 12, 2018
JAN: rh

                                                                                                                    Jeanne Naughton
                                                                                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:
DENNI COTERA
    Debtor

Case No. 17-34921-VFP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Sep 12, 2018
                        Form ID: 185     Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2018.

```
db              DENNI COTERA,    6 Park Rd,    Paterson, NJ   07514-1321
cr             +Seterus, Inc., authorized subservicer for Federal,    P.O. Box 1047,    Hartford, CT 06143-1047
517268470       ACS/Bank of America,,    C/O ACS, Utica,,    NY 13501
517268471      +Amex,,    PO Box 297871,,    Fort Lauderdale, FL 33329-7871
517223843       Bank of America,    PO Box 31785,    Tampa, FL  33631-3785
517223842       Bank of America,    C/O RMS,    14405 Walters Rd Ste 200,    Houston, TX  77014-1345
517268472      +Bank of America,,    4909 Savarese Circle,,    Tampa, Florida 33634-2413
517286586       Bank of America, NA,    P.O. Box 31785,    Tampa, FL 33631-3785
517268473      +CBNA,,    PO Box 6283,,    Sioux Falls, SD 57117-6283
517268474      +Chase Auto,,    PO Box 901003,,    Ft Worth, TX 76101-2003
517268475      +Chase Card,,    PO Box 15298,,    Wilmington, DE 19850-5298
517268476      +Citi,,    PO Box 6241,,    Sioux Falls, SD 57117-6241
517268477      +Citi/Stdnt Ln Rsrc Cnt,,    701 E. 60th Street North,,    Sioux Falls, SD 57104-0432
517342659      +Citibank, N.A.,    Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
517268480      +DSNB Macys,,    PO Box 8218,,    Mason, OH 45040-8218
517335763       Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
517268481      +Fia CS,,    PO Box 982238,,    El Paso, TX 79998-2238
517268482      +First Data,,    265 Broad Hollow Road,,    Melville, NY 11747-4833
517268484      +Hy Cite/ Royal Prestiage,,    333 Holtzman Road,,    Madison, WI 53713-2109
517223844       KML LAW GROUP,    216 Haddon Ave Ste 406,    Westmont, NJ  08108-2812
517268485      +Seterus, Inc.,,    14523 SW Millikan Way Street,,    Beaverton, OR 97005-2352
517342108      +Seterus, Inc., authorized subservicer for,    Federal National Mortgage Assoc. (Fanni,
                 creditor c/o Seterus, Inc.,    P.O. Box 1047,    Hartford, CT 06143-1047
517268488      +TD Auto Finance,,    PO Box 9223,,    Farmington, Hills, MI 48333-9223
517268489      +THD,,    PO Box 6497,,    Sioux Falls, SD 57117-6497
517268490      +Toyota Motor Credit,,    PO Box 9786,,    Cedar Rapids, IA 52409-0004
517268491      +US Dept of Ed,,    2401 International Lane,,    Madison, WI 53704-3121
517291661      +Wells Fargo Bank, N.A.,    435 Ford Road, Suite 300,    St. Louis Park, MN 55426-4938
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 12 2018 23:56:06      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 12 2018 23:56:03      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517268487      +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2018 23:52:58      Care Credit,,    PO Box 965036,,
                 Orlanda, FL 32896-5036
517268478      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 12 2018 23:55:42      Comenity Bank/Express,,
                 PO Box 182789,,    Columbus, OH 43218-2789
517241773       E-mail/Text: mrdiscen@discover.com Sep 12 2018 23:55:09      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
517268479      +E-mail/Text: mrdiscen@discover.com Sep 12 2018 23:55:09      Discover Fin Svcs LLC,,
                 PO Box 15316,,    Wilmington, DE 19850-5316
517268483      +E-mail/Text: ally@ebn.phinsolutions.com Sep 12 2018 23:55:07      GMAC,,    PO Box 105677,,
                 Atlanta, GA 30348-5677
517331637       E-mail/Text: bnc-quantum@quantum3group.com Sep 12 2018 23:55:56
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
517268486      +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2018 23:54:15      Syncb/Amer Eagle,,
                 PO Box 965005,,    Orlanda, FL 32896-5005
517227672      +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2018 23:53:34      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 10
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 14, 2018                                        Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Sep 12, 2018
                              Form ID: 185             Total Noticed: 37
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2018 at the address(es) listed below:

```
          Brian C. Nicholas    on behalf of Creditor    BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
          Robert P. Saltzman    on behalf of Creditor    Seterus, Inc., authorized subservicer for Federal
           National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the
           laws of the United States of America dnj@pbslaw.org
          Russell L. Low    on behalf of Debtor DENNI  COTERA rbear611@aol.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```