Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17–34921–VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
DENNI COTERA
6 Park Rd
Paterson, NJ 07514–1321

Social Security No.:
xxx–xx–8243

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 9, 2018.

On 1/17/20 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date: February 20, 2020
Time: 08:30 AM
Location: Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: January 17, 2020
JAN: lc

Jeanne Naughton
Clerk

```
                           United States Bankruptcy Court
                                 District of New Jersey

In re:                                                            Case No. 17-34921-VFP
DENNI COTERA                                                      Chapter 13
       Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0312-2       User: admin                Page 1 of 2          Date Rcvd: Jan 17, 2020
                           Form ID: 185               Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2020.
db             DENNI COTERA,    6 Park Rd,    Paterson, NJ 07514-1321
aty           +Andre L. Kydala,    PO Box 5537,    Clinton, NJ 08809-5537
cr            +Seterus, Inc., authorized subservicer for Federal,    P.O. Box 1047,    Hartford, CT 06143-1047
517268470      ACS/Bank of America,,    C/O ACS, Utica,, NY 13501
517268471     +Amex,,   PO Box 297871,,    Fort Lauderdale, FL 33329-7871
517223843      Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
517223842      Bank of America,    C/O RMS,   14405 Walters Rd Ste 200,    Houston, TX 77014-1345
517268472     +Bank of America,,    4909 Savarese Circle,,    Tampa, Florida 33634-2413
517286586      Bank of America, NA,    P.O. Box 31785,    Tampa, FL 33631-3785
517268473     +CBNA,,   PO Box 6283,,    Sioux Falls, SD 57117-6283
517268474     +Chase Auto,,    PO Box 901003,,    Ft Worth, TX 76101-2003
517268475     +Chase Card,,    PO Box 15298,,    Wilmington, DE 19850-5298
517268476     +Citi,,   PO Box 6241,,    Sioux Falls, SD 57117-6241
517268477     +Citi/Stdnt Ln Rsrc Cnt,,    701 E. 60th Street North,,    Sioux Falls, SD 57104-0432
517342659     +Citibank, N.A.,    Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
517268480     +DSNB Macys,,    PO Box 8218,,   Mason, OH 45040-8218
517268481     +Fia CS,,   PO Box 982238,,    El Paso, TX 79998-2238
517268482     +First Data,,   265 Broad Hollow Road,,    Melville, NY 11747-4833
517268484     +Hy Cite/ Royal Prestiage,,    333 Holtzman Road,,    Madison, WI 53713-2109
517223844      KML LAW GROUP,    216 Haddon Ave Ste 406,    Westmont, NJ 08108-2812
518284140     +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O Box 619096,    Dallas, TX 75261-9096
518284141     +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O Box 619096,    Dallas, TX 75261-9741,
                Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O Box 619096,    Dallas, TX 75261-9096
517268485    ++SETERUS INC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Seterus, Inc.,,    14523 SW Millikan Way Street,,
                Beaverton, OR 97005)
517342108     +Seterus, Inc., authorized subservicer for,    Federal National Mortgage Assoc. (Fanni,
                creditor c/o Seterus, Inc.,   P.O. Box 1047,    Hartford, CT 06143-1047
517833832     +TD Auto Finance LLC,    Attn: Richard J. Tracy,    30 Montgomery Street,    Suite 1205,
                Jersey City, NY 07302-3835
517268488     +TD Auto Finance,,   PO Box 9223,,    Farmington, Hills, MI 48333-9223
517268489     +THD,,   PO Box 6497,,   Sioux Falls, SD 57117-6497
517268490     +Toyota Motor Credit,,    PO Box 9786,,    Cedar Rapids, IA 52409-0004
517268491     +US Dept of Ed,,    2401 International Lane,,    Madison, WI 53704-3121
517291661     +Wells Fargo Bank, N.A.,    435 Ford Road, Suite 300,    St. Louis Park, MN 55426-4938

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 18 2020 00:24:52      U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 18 2020 00:24:46      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517268487     +E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2020 00:28:47      Care Credit,,    PO Box 965036,,
                Orlando, FL 32896-5036
517268478     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 18 2020 00:24:33      Comenity Bank/Express,,
                PO Box 182789,,   Columbus, OH 43218-2789
517335763      E-mail/Text: bnc-quantum@quantum3group.com Jan 18 2020 00:24:41
                Department Stores National Bank,    c/o Quantum3 Group LLC,   PO Box 657,
                Kirkland, WA 98083-0657
517241773      E-mail/Text: mrdiscen@discover.com Jan 18 2020 00:23:46      Discover Bank,
                Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
517268479     +E-mail/Text: mrdiscen@discover.com Jan 18 2020 00:23:46      Discover Fin Svcs LLC,,
                PO Box 15316,,   Wilmington, DE 19850-5316
517268483     +E-mail/Text: ally@ebn.phinsolutions.com Jan 18 2020 00:23:41      GMAC,,    PO Box 105677,,
                Atlanta, GA 30348-5677
517331637      E-mail/Text: bnc-quantum@quantum3group.com Jan 18 2020 00:24:41
                Quantum3 Group LLC as agent for,   MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
517268486     +E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2020 00:29:27      Syncb/Amer Eagle,,
                PO Box 965005,,   Orlando, FL 32896-5005
517227672     +E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2020 00:30:10      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-2                  User: admin                    Page 2 of 2                  Date Rcvd: Jan 17, 2020
                                      Form ID: 185                   Total Noticed: 41
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2020                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2020 at the address(es) listed below:
              Andre L. Kydala    on behalf of Debtor DENNI   COTERA kydalalaw@aim.com, kydalalaw@aim.com
              Brian C. Nicholas    on behalf of Creditor    BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann   Greenberg    magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               NJ_ECF_Notices@mccalla.com
              Phillip Andrew Raymond    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               phillip.raymond@mccalla.com
              Rebecca Ann Solarz    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               rsolarz@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
              Richard James Tracy, III    on behalf of Creditor    TD Auto Finance LLC rtracy@hillwallack.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
              Robert P. Saltzman    on behalf of Creditor    Seterus, Inc., authorized subservicer for Federal
               National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the
               laws of the United States of America dnj@pbslaw.org
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11
```