Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 17−34921−VFP
    Chapter: 13
    Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   DENNI COTERA
   6 Park Rd
   Paterson, NJ 07514−1321

Social Security No.:
   xxx−xx−8243

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/16/20 at 10:00 AM

to consider and act upon the following:

**68** − Motion to Approve Loan Modification with Bank of America Filed by Andre L. Kydala on behalf of DENNI COTERA. Objection deadline is 04/17/2020. (Attachments: # 1 Certification # 2 Exhibit # 3 Proposed Order) (Kydala, Andre)

**69** − Objection to Debtor(s) Motion to Approve Loan Modification (related document:68 Motion to Approve Loan Modification with Bank of America Filed by Andre L. Kydala on behalf of DENNI COTERA. Objection deadline is 04/17/2020. (Attachments: # 1 Certification # 2 Exhibit # 3 Proposed Order) filed by Debtor DENNI COTERA) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 4/8/20

                        Jeanne Naughton
                        Clerk, U.S. Bankruptcy Court