Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 17−34921−VFP
                Chapter: 13
                Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   DENNI COTERA
   6 Park Rd
   Paterson, NJ 07514−1321

Social Security No.:
   xxx−xx−8243

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/22/20.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 22, 2020
JAN: mcp

                                    Jeanne Naughton
                                    Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                    Case No. 17-34921-VFP
   DENNI COTERA                                           Chapter 13
             Debtor
                             CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin           Page 1 of 2        Date Rcvd: Jul 22, 2020
                              Form ID: 148          Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 24, 2020.
db             DENNI COTERA,    6 Park Rd,    Paterson, NJ  07514-1321
aty           +Andre L. Kydala,    PO Box 5537,    Clinton, NJ 08809-5537
cr            +Seterus, Inc., authorized subservicer for Federal,    P.O. Box 1047,    Hartford, CT 06143-1047
517268470      ACS/Bank of America,,    C/O ACS, Utica,, NY 13501
517223842      Bank of America,    C/O RMS,    14405 Walters Rd Ste 200,    Houston, TX  77014-1345
517268473     +CBNA,,    PO Box 6283,,   Sioux Falls, SD 57117-6283
517268474     +Chase Auto,,    PO Box 901003,,    Ft Worth, TX 76101-2003
517268477     +Citi/Stdnt Ln Rsrc Cnt,,    701 E. 60th Street North,,    Sioux Falls, SD 57104-0432
517268482     +First Data,,    265 Broad Hollow Road,,    Melville, NY 11747-4833
517268484     +Hy Cite/ Royal Prestiage,,    333 Holtzman Road,,    Madison, WI 53713-2109
517223844      KML LAW GROUP,    216 Haddon Ave Ste 406,    Westmont, NJ  08108-2812
518284140     +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O Box 619096,    Dallas, TX 75261-9096
518284141     +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O Box 619096,    Dallas, TX 75261-9741,
               Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O Box 619096,    Dallas, TX 75261-9096
517268485    ++SETERUS INC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:  Seterus, Inc.,,    14523 SW Millikan Way Street,,
               Beaverton, OR 97005)
517342108     +Seterus, Inc., authorized subservicer for,    Federal National Mortgage Assoc. (Fanni,
               creditor c/o Seterus, Inc.,    P.O. Box 1047,    Hartford, CT 06143-1047
517833832     +TD Auto Finance LLC,    Attn: Richard J. Tracy,    30 Montgomery Street,    Suite 1205,
               Jersey City, NY 07302-3835
517268489     +THD,,   PO Box 6497,,    Sioux Falls, SD 57117-6497
517268491     +US Dept of Ed,,    2401 International Lane,,    Madison, WI 53704-3121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 23 2020 00:27:21      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 23 2020 00:27:18      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517268471     +EDI: AMEREXPR.COM Jul 23 2020 03:38:00      Amex,,   PO Box 297871,,
               Fort Lauderdale, FL 33329-7871
517223843      EDI: BANKAMER.COM Jul 23 2020 03:38:00      Bank of America,    PO Box 31785,
               Tampa, FL  33631-3785
517268472     +EDI: BANKAMER.COM Jul 23 2020 03:38:00      Bank of America,,    4909 Savarese Circle,,
               Tampa, Florida 33634-2413
517286586      EDI: BANKAMER.COM Jul 23 2020 03:38:00      Bank of America, NA,    P.O. Box 31785,
               Tampa, FL 33631-3785
517268487     +EDI: RMSC.COM Jul 23 2020 03:38:00      Care Credit,,    PO Box 965036,,    Orlando, FL 32896-5036
517268476     +EDI: CITICORP.COM Jul 23 2020 03:38:00      Citi,,    PO Box 6241,,   Sioux Falls, SD 57117-6241
517342659     +EDI: CITICORP.COM Jul 23 2020 03:38:00      Citibank, N.A.,    Citibank, N.A.,
               701 East 60th Street North,    Sioux Falls, SD 57104-0493
517268478     +EDI: WFNNB.COM Jul 23 2020 03:38:00      Comenity Bank/Express,,    PO Box 182789,,
               Columbus, OH 43218-2789
517268480     +EDI: TSYS2.COM Jul 23 2020 03:38:00      DSNB Macys,,    PO Box 8218,,   Mason, OH 45040-8218
517335763      EDI: Q3G.COM Jul 23 2020 03:38:00      Department Stores National Bank,    c/o Quantum3 Group LLC,
               PO Box 657,    Kirkland, WA  98083-0657
517241773      EDI: DISCOVER.COM Jul 23 2020 03:38:00      Discover Bank,    Discover Products Inc,
               PO Box 3025,    New Albany, OH  43054-3025
517268479     +EDI: DISCOVER.COM Jul 23 2020 03:38:00      Discover Fin Svcs LLC,,    PO Box 15316,,
               Wilmington, DE 19850-5316
517268481     +EDI: BANKAMER.COM Jul 23 2020 03:38:00      Fia CS,,   PO Box 982238,,    El Paso, TX 79998-2238
517268483     +EDI: GMACFS.COM Jul 23 2020 03:38:00      GMAC,,    PO Box 105677,,    Atlanta, GA 30348-5677
517268475      EDI: JPMORGANCHASE Jul 23 2020 03:38:00      Chase Card,,   PO Box 15298,,
               Wilmington, DE 19850
517331637      EDI: Q3G.COM Jul 23 2020 03:38:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
               PO Box 788,    Kirkland, WA  98083-0788
517268486     +EDI: RMSC.COM Jul 23 2020 03:38:00      Syncb/Amer Eagle,,    PO Box 965005,,
               Orlanda, FL 32896-5005
517227672     +EDI: RMSC.COM Jul 23 2020 03:38:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
517268488     +EDI: LCITDAUTO Jul 23 2020 03:38:00      TD Auto Finance,,    PO Box 9223,,
               Farmington, Hills, MI 48333-9223
517268490     +EDI: TFSR.COM Jul 23 2020 03:38:00      Toyota Motor Credit,,    PO Box 9786,,
               Cedar Rapids, IA 52409-0004
517291661     +EDI: WFFC.COM Jul 23 2020 03:38:00      Wells Fargo Bank, N.A.,    435 Ford Road, Suite 300,
               St. Louis Park, MN 55426-4938
                                                                                              TOTAL: 23

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0312-2           User: admin              Page 2 of 2            Date Rcvd: Jul 22, 2020
                               Form ID: 148             Total Noticed: 41
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2020 at the address(es) listed below:

```
          Andre L. Kydala    on behalf of Debtor DENNI   COTERA kydalalaw@aim.com, kydalalaw@aim.com
          Brian C. Nicholas    on behalf of Creditor    BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann   Greenberg    magecf@magtrustee.com
          Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com
          Phillip Andrew Raymond    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com
          Rebecca Ann Solarz    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
           rsolarz@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
          Richard James Tracy, III    on behalf of Creditor    TD Auto Finance LLC rtracy@hillwallack.com,
           tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
          Robert P. Saltzman    on behalf of Creditor    Seterus, Inc., authorized subservicer for Federal
           National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the
           laws of the United States of America dnj@pbslaw.org
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11
```